**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA LANDSCAPE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>KIEWIT INFRASTRUCTURE WEST CO., et al.,<br><br>　　　　　　Defendants. | Case No.: 8:21-cv-01721-MEMF(ADSx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [ECF NOS. 25, 27]** |

On May 4, 2022, the parties filed a Notice of Settlement (ECF No. 25) in which they indicated they had conditionally settled this action. On May 20, 2022, the parties filed a Joint Stipulation requesting the Court dismiss this entire action with prejudice. ECF No. 27.

The Court, having considered the parties' request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Stipulation is approved in its entirety;
2. The case is hereby dismissed with prejudice including all claims, counterclaims, crossclaims, or third-party claims raised by any of the parties in this matter; and
3. The parties shall bear their own respective attorneys' fees and costs arising from this case.

IT IS SO ORDERED.

Dated: June 27, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge